**IN THE COURT OF APPEALS OF TENNESSEE**
**MIDDLE SECTION AT NASHVILLE**



**FILED**

**March 30, 2000**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

**SHARON C. LILLY**,                    )
                                        )
    Plaintiff/Appellant,            )          Appeal No.
                                        )          M1999-00681-COA-R3-CV
v.                                      )
                                        )          Sumner County Circuit Court
**WILLIAM RAY LILLY,**                  )          No. 17223-C
                                        )
    Defendant/Appellee.             )


## ORDER *PER CURIAM*


We have considered the record, to the extent it reflects some evidence in this case, the respective briefs and arguments, and conclude that the justice of this matter will be more providently served by vacating all trial court orders entered subsequent to the initial judgment and prior to the Notice of Appeal.

It is hereby ORDERED that

1. All trial court orders entered subsequently to the initial judgment and prior to the Notice of Appeal are vacated.

2. The case is remanded for hearing of all petitions or motions consistent with the Rules of Civil Procedure.

3. Custody of the child was initially awarded to the appellant. In light of the fact that the

order changing custody is herein vacated, custody of the child will remain with appellant pending further order of the trial court. The appellee is directed to return the child to the appellant forthwith. The trial court should enforce this order by all appropriate means.

4. Nothing contained herein shall be construed as determinative of the issues of custody and visitation.

5. Costs are assessed to the appellee.

_____
William H. Inman, Sr. J.

_____
W. Frank Crawford, P.J., W.S.

_____
Holly K. Lillard, J.